# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DEWELL POINDEXTER,**            :

    Petitioner            :

              CIVIL ACTION NO. 3:19-0409

    v.            :

              (Judge Mannion)

**JOHN WETZEL, et al.,**            :

    Respondents            :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

                    s/ *Malachy E. Mannion*
                    **MALACHY E. MANNION**
                    **United States District Judge**

**DATED: November 14, 2019**
19-0409-01-ORDER